**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 4 WM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LISA J. KNECHT, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**.

    Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days.